THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, Respondent, *v.* THE NEW YORK AND NORTHERN RAILWAY COMPANY et al., Defendants, and ARTEMAS H. HOLMES et al., Appellants.

*Farmers' L. & T. Co.* v. *N. Y. & Northern Ry. Co.,* 95 App. Div. 622, affirmed.
(Argued November 16, 1904; decided December 6, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1904, which affirmed an order of

Special Term denying a motion for leave to serve a supplemental answer and to bring in new parties defendant.

The following questions were certified:

"*First.* Were the moving defendants entitled, as a matter of law or of strict right, to make and serve a supplemental pleading — an answer herein, as applied for by them?

"*Second.* Were the moving defendants entitled, as a matter of law or of strict right, to bring in new parties defendant, as applied for and asked by them?"

*Artemas H. Holmes* and *Nathaniel A. Elsberg* for appellants.

*James F. Horan* and *Thomas Thacher* for respondent.

Order affirmed, with costs; questions certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.